**United States District Court**
For the Northern District of California

1

2                                                    ***E-Filed 12/2/11***

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9

10                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

11   JAMES DEASON, MARY DEASON,              No. C 11-05667 RS

12              Plaintiff,

13       v.                                  **RECUSAL ORDER**

14   NATIONAL STEEL AND SHIPBUILDING
     COMPANY, ET AL.,

15
                Defendant.
16   _____/

17

        I hereby recuse myself from hearing or determining any matters which have been

18
     referred to me as District Judge in the above-entitled action.  The Clerk of Court shall reassign

19
     the referred matters in this case to another District Judge.

20

21

        **IT IS SO ORDERED.**

22

23

24   Dated: 12/1/11                          _____
                                             RICHARD SEEBORG
25                                           UNITED STATES DISTRICT JUDGE

26

27

28