IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES DEASON and MARY DEASON,

    Plaintiffs,

v.

A.W. CHESTERTON COMPANY, et al.,

    Defendants.

No. C 11-05667 JSW

**AMENDED ORDER GRANTING PLAINTIFFS' REQUEST TO SHORTEN TIME**

Now before the Court is Plaintiffs' motion to shorten time on their motion to remand. The Court HEREBY GRANTS Plaintiffs' motion. Any opposition to Plaintiff's motion to remand shall be filed by no later than December 15, 2011. Plaintiffs' reply, if any, shall be filed by no later than noon on December 19, 2011. The hearing on Plaintiffs' motion is ADVANCED from March 2, 2012 to January 6, 2012.

**IT IS SO ORDERED.**

Dated: December 12, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE